IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRANDI L. ANDERSEN, | |
|---|---|
| Plaintiff, | 8:17CV475 |
| vs. | |
| ENVISIONS, INC., | ORDER OF RECUSAL |
| Defendant. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 8th day of January, 2018.

BY THE COURT

s/ Susan M. Bazis
United States Magistrate Judge