IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDI L. ANDERSEN, | |
| Plaintiff, | **8:17CV475** |
| vs. | |
| ENVISIONS, INC., | **ORDER** |
| Defendant. | |

As requested in the parties' motion, (Filing No. 26), which is hereby granted,

IT IS ORDERED that the progression order is amended as follows:

1)  The trial and pretrial conference are continued pending further order of the court.

2)  The status conference previously scheduled to be held on October 16, 2018 is continued, and it will be held before the undersigned magistrate judge on **January 15, 2019 at 9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3)  The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        August 15, 2018.

    For the defendant(s):       September 27, 2018.

4)  The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| For the plaintiff(s): | September 20, 2018. |
|---|---|
| For the defendant(s): | October 3, 2018. |

5)    The deposition deadline is January 4, 2019.

6)    The deadline for filing motions to dismiss and motions for summary judgment is February 7, 2019.

7)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 7, 2019.

September 17, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge