IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDI L. ANDERSEN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ENVISIONS, INC.,<br><br>　　　　　　Defendant. | **8:17CV475**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Philip O. Cusic, as counsel of record for Defendant, (Filing No. 28), is granted.

October 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge